**94–901.** Elyria v. Meszes. *Lorain County*, No. 93CA005623. This cause is pending before the court as a discretionary appeal. Appellant filed her notice of appeal on April 28, 1994. Appellant's requests for extensions of time to file her memorandum in support of jurisdiction were granted and appellant's memorandum in support of jurisdiction was due June 6, 1994. It appears from the records of this court that appellant has not filed a memorandum in support of jurisdiction in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,·

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte*, effective September 7, 1994.

*Tuesday, September 13, 1994*

## MOTION DOCKET

**94–662.** Fairborn v. Mattachione. *Greene County*, No. 93–CA–27. This cause is pending before the court on the certification of conflict by the Court of Appeals for Greene County.

IT IS ORDERED by the court, *sua sponte*, effective September 9, 1994, that appellant's brief and supplement to the briefs shall be due September 28, 1994, and the parties shall otherwise comply with the requirements of S.Ct.Prac.R. VI and VII.

**93–783.** State ex rel. Hunter v. Certain Judges of Akron Mun. Court. In Mandamus and Prohibition. On motion to strike by Akron Municipal Court Judges and on motion to strike by Akron City Council et al. Motions denied.

**94–1024.** State v. Adams. *Cuyahoga County*, Nos. 64759 and 64760. This cause is pending before the court as a discretionary appeal and a claimed appeal of right. On June 22, 1994, the appellant's motion for delayed appeal was granted and on August 24, 1994, the motion of Daniel Domozick to withdraw as appellant's counsel was granted. On August 18, 1994, Dale M. Hartman entered an appearance on behalf of appellant.

IT IS ORDERED by the court, *sua sponte*, effective September 9, 1994, that appellant's memorandum in support of jurisdiction shall be due on or before October 11, 1994.

**94–1130.** State ex rel. Seballos v. School Emp. Retirement Sys. *Franklin County*, No. 93AP–809. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County.

On September 2, 1994, appellant Community Mutual Insurance Company filed its reply brief which was due on August 31, 1994. Rule XIV(C) of the Rules of Practice of the Supreme Court prohibits the filing of a brief that is not timely tendered for filing. Accordingly,

IT IS ORDERED by the court, *sua sponte*, that the reply brief of Community Mutual Insurance Company be, and hereby is, stricken, effective September 9, 1994.

## RECONSIDERATION DOCKET

**94–1077.** State ex rel. Willbond v. Oberlin School Dist., Oberlin Bd. of Edn. *Lorain County*, No. 93CA005620. Reported at 70 Ohio St.3d 1419, 637 N.E.2d 927. This cause came on for further consideration upon appellant's motion for reconsideration of the dismissal of this cause for want of prosecution. Upon consideration thereof,

IT IS ORDERED by the court that the motion for reconsideration be, and the same is hereby, denied, effective September 9, 1994.